971 A.2d 488

**In re Nominating Petition of Barbara MAY for Judge of the Common Pleas Court of Montgomery County, Pennsylvania Objection of Brian Miles.**

**Appeal of Brian Miles.**

Supreme Court of Pennsylvania.

April 28, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**

971 A.2d 488

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Steven Wayne BENDER, Petitioner.**

Supreme Court of Pennsylvania.

April 28, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the Application to Expedite and the Petition for Allowance of Appeal are hereby **DENIED.**